UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY CORAL,<br><br>       Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>       Defendant. | No.  CV-13-3056-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. 405(g).

DATED:  July 10, 2014

                        SEAN F. McAVOY
                        Clerk of Court

                        By: *s/Penny Lamb*
                              Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**